1198

No. 84–205.  VIRGINIA EX REL. DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 4th Cir.  [Certiorari granted, *ante*, p. 979.]  Writ of certiorari dismissed under this Court's Rule 53.

JANUARY 29, 1985

No. A–584.  RAULERSON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Application for stay of execution of sentence of death scheduled for Wednesday, January 30, 1985, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.  JUSTICE POWELL took no part in the consideration or decision of this application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

FEBRUARY 4, 1985

No. 84–774.  UNITED AIR LINES, INC. v. HIGMAN ET AL.  C. A. 7th Cir.  Certiorari dismissed under this Court's Rule 53.